100 P.3d 969

# SUPREME COURT OF HAWAI'I

November 12, 2004

| 25093 | Jou v. First Ins. Co. of Hawaii, Ltd. | Affirmed |

November 16, 2004

| 25619 | State v. Montalvo | Affirmed |

November 18, 2004

| 24519 | Hawai'i Labor Relations Bd. v. Lingle | Affirmed |